IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Functional Government Initiative**<br>6218 Georgia Avenue NW<br>Suite 1-1235<br>Washington, DC 20011-5125<br><br>      Plaintiff,<br>v.<br><br>**United States Environmental Protection Agency**<br>1200 Pennsylvania Avenue, NW<br>Washington, DC 20460<br><br>      Defendant. | **Civil Action No.** |

**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**

1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Declaratory Judgment Act, and 28 U.S.C. §§ 2201 and 2202, for injunctive, declaratory, and other appropriate relief.  Plaintiff Functional Government Initiative ("FGI") challenges the failure of the United States Environmental Protection Agency ("EPA") to disclose to FGI records that generally pertain to whether President Joe Biden's brother, Frank Biden, has attempted to influence government officials directly, through his current employer or through third parties in an effort to potentially financially benefit his current employer or their pending legal efforts. The specific records sought are detailed below.

2.  This case seeks declaratory relief that EPA is in violation of FOIA, 5 U.S.C. § 552(a)(6)(E), EPA's regulations, and 28 C.F.R. § 16.5(e), and for injunctive relief ordering EPA to immediately process and release to FGI the requested records in their entirety.

**Jurisdiction and Venue**

3.     This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(c)(i).  This Court also has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 2201(a), and 2202.  Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

### Parties

4.     Plaintiff FGI is an unincorporated association of individuals dedicated to improving the American public's access to information about the officials, decisions, actions, and priorities of their government.  *See* D.C. Code § 29-1102(5).

5.     Defendant EPA is an independent executive agency of the United States federal government tasked with environmental protection matters.  EPA has possession and control of the requested records and is responsible for fulfilling FGI's FOIA request.

### Statutory and Regulatory Background

6.     FOIA requires agencies of the federal government to release requested records to the public unless one or more specific statutory exemptions apply.

7.     An agency must notify a party making a FOIA request within 20 working days of the agency's determination and the reasons therefor and of the requester's right to appeal the determination to the agency head.  5 U.S.C. § 552(a)(6)(A)(i).

### Factual Background

8.     At the outset of the Biden Administration, the President's brother, Frank Biden, promoted his relationship to the President in an Inauguration Day advertisement for Berman Law Group, a law firm that employs him as a non-attorney advisor.  *See* https://www.cnbc.com/2021/01/27/biden-brother-touts-relationship-with-president-in-inauguration-day-ad-for-law-firm.html (accessed Apr. 29, 2023).

9. According to the CNBC article, the advertisement focused on a lawsuit the firm is leading against certain Florida sugar cane companies, and includes a photo of Frank Biden, along with quotes regarding his relationship to President Biden. *Id.*

10. The lawsuit relates to controlled burns of sugar can fields and alleged health issues caused thereby. https://floridapolitics.com/archives/297963-law-firm-a-bidens-brother-florida-sugar/ (accessed Apr. 29, 2023).

11. The article notes that the advertisement raises ethics concerns. Further, subsequent actions taken by multiple federal agencies consistent with those messages in the Inauguration Day advertisement raise public concern that inappropriate political influence or communications may have taken place in the intervening months and are the subject of the FOIA request at issue in this Complaint.

## EPA-2023-002459

12. On February 17, 2023, FGI sent the subject FOIA request[1] to EPA's National FOIA Office seeking records and communication of certain individuals and organizations including Frank Biden, and his employer, the Berman Law Group. *See id.* FGI also included search terms for a search of communications between listed agency officials and specific external parties that may be operating as coalition partners, third-party surrogates, or otherwise active as it pertains to the issue of framing controlled burns of sugar fields as an issue of environmental justice. *Id*.

13. The subject FOIA request stated that it requested information from January 20, 2021, to the date EPA began its search. *Id*.

---

[1] Attached hereto as Exhibit 1.

14. FGI also sought a waiver of fees associated with processing its request and explained in its request that the requested records would be in the public interest and because the requested records contribute to the public's understanding of the operations or activities of the government. *Id*.

15. On February 21, 2023, FGI received a letter[2] from EPA's National FOIA Office indicating that FGI's FOIA request had been "assigned for processing" and assigned tracking number EPA-2023-002459. *Id*.

16. On February 27, 2023, FGI received an email[3] from EPA stating that the request indicated a need to "consult with, and collect records from, multiple components of the Agency" and that the request had been placed on EPA's "complex" processing track with an estimated completion date of July 25, 2023. *Id*.

17. On March 16, 2023, FGI received a letter[4] from EPA's Office of General Counsel informing FGI it had granted FGI's request for a fee waiver for the subject FOIA request.

18. After two months of no additional communication from the EPA and an imminent completion date without any evidence of a search being conducted or future productions likely, on April 21, 2023, FGI asked EPA, via email[5], whether EPA was on track to meet its estimated completion date. FGI sought to understand whether, at a minimum, the basic elements of a determination letter were available or alternatively, when production would begin. *Id*. FGI also voiced its concerns that EPA's July 25, 2023 completion deadline appeared unlikely. *Id*.

---

[2] Attached hereto as Exhibit 2.

[3] Attached hereto as Exhibit 3.

[4] Attached hereto as Exhibit 4.

[5] Attached hereto as Exhibit 5 (personal telephone number redacted).

19. On April 24, 2023, EPA responded that it was working on several FGI requests and that a search was being conducted and a "workspace" would then be created, at which time the review of documents would begin. Whether a search had begun for the specific request at issue in this complaint remains unclear. *See id*.

20. As of the filing date of this complaint, FGI has received no documents or further communication from EPA regarding EPA-2023-002459.

21. EPA's failure to commit to a meaningful time frame for the start or finish of its review of documents, coupled with its failure to even start the review by the date of this complaint—which is being filed over two months after FGI's request—indicates that, without litigation, EPA will not produce the requested documents in a timeframe that allows for timely public disclosure regarding EPA's actions and their possible relation to the pending lawsuit being pursued by the President's brother's law firm.

22. Accordingly, pursuant to 5 U.S.C. § 552(a)(6)(C), FGI has now exhausted all applicable administrative remedies with respect to EPA-2023-002459.

## PLAINTIFF'S CLAIM FOR RELIEF

### CLAIM ONE
### (Wrongful Withholding of Non-Exempt Records In Violation of FOIA by EPA, 5 U.S.C. § 552)

23. FGI repeats and re-alleges paragraphs 1-22.

24. FGI properly requested records within the custody and control of EPA and/or its subsidiary offices.

25. EPA failed to comply with the statutory time limits for making a determination on the FOIA request, and by withholding from disclosure records responsive to FGI's FOIA request to EPA.

26. FGI is therefore entitled to injunctive and declaratory relief with respect to the immediate processing and disclosure of the requested records.

## Requested Relief

WHEREFORE, FGI respectfully requests that this Court:

(1) Order defendant EPA to immediately and fully process Plaintiff FGI's February 17, 2023 FOIA request (EPA-2023-002459) and disclose all non-exempt documents immediately to FGI;

(2) Issue a declaration that FGI is entitled to both immediate processing and disclosure of the requested records and indexes justifying the withholding of all or any portion of responsive records under claim of exemption;

(3) Retain jurisdiction of this action to ensure no agency records are wrongfully withheld; and

(4) Grant such other relief as this Court may deem just and proper.

Counsel for FGI further requests that the Court award reasonable attorneys' fees and other litigation costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E).

Dated: May 1, 2023                     Respectfully submitted,

/s/ Paul M. Bartkowski
Paul M. Bartkowski
(D.C. Bar No. 482432)
BARTKOWSKI PLLC
6803 Whittier Ave., Suite 200A
McLean, VA 22101
Telephone: (571) 533-3581
E-Mail: pbartkowski@bartkowskipllc.com

*Counsel for Functional Government Initiative*